# H. H. RICH v. J. C. LAPPIN.

INSTRUCTIONS, *Not Sufficient.* The district court must give its instruc-
tions to the jury in writing, when requested so to do by either party;
and the giving of them orally and having them taken down by a ste-
nographer, and after the jury has retired having them written out by
the stenographer, is not sufficient.

*Error from Comanche District Court.*

THE case is stated in the opinion. Judgment for plaintiff
*Lappin,* at the March term, 1888. The defendant *Rich* brings
the case here.

*T. G. Chambers,* and *W. S. Denton,* for plaintiff in error.

*W. A. Taylor,* and *C. E. Elliott,* for defendant in error.

The opinion of the court was delivered by

VALENTINE, J.: This was an action brought before a jus-
tice of the peace of Comanche county by J. C. Lappin against
H. H. Rich, to recover $60, which the plaintiff alleges he had
to pay to the defendant to procure the release from the sheriff
of the county of two mules in which the plaintiff had an in-
terest, and which had been wrongfully seized by the sheriff
at the instance of the defendant. After judgment in the jus-
tice's court, and an appeal to the district court, the case was
tried before the district court with a jury, and at the con-
clusion of the plaintiff's evidence the defendant demurred to
both the plaintiff's bill of particulars and the evidence, upon
the ground that neither disclosed facts sufficient to constitute
a cause of action, which demurrer the court overruled; and
then the defendant requested the court to give written in-
structions to the jury, which the court refused. The record
upon this subject, so far as it is necessary to quote it, reads as
follows:

"Whereupon the defendant requested the court to give
written instructions to the jury in said cause; whereupon the
court delivered his instructions orally, the stenographer tak-

ing them down and writing them out after the jury had retired, to all of which the defendant duly objected and excepted at the time."

We think the court below erred. Section 275 of the civil code, so far as it is necessary to quote it, reads as follows:

"The court shall give general instructions to the jury, which shall be in writing, and be numbered and signed by the judge, if required by either party. . . . All instructions given by the court must be signed by the judge, and filed, together with those asked for by the parties, as a part of the record."

In this connection, see the following cases: *The State v. Potter*, 15 Kas. 303; *City of Atchison v. Jansen*, 21 id. 560.

There are other errors assigned, but we do not think that the court below committed any error except in refusing to give to the jury written instructions.

For this error the judgment of the court below will be reversed, and the cause remanded for a new trial.

All the Justices concurring.